FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00548-BNB

DANIEL WELCH,

    Applicant,

v.

KEVIN L. MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

---

Applicant, Daniel Welch, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Welch initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on March 4, 2011.

As part of the preliminary consideration of the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response was appropriate. Therefore, on March 14, 2011, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). Respondents submitted their pre-answer response on March 29, 2011. Applicant filed a reply on April 19, 2011.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required. Respondents argue in the Pre-Answer Response that Mr. Welch's second claim is procedurally defaulted because he failed to present his claim to the state courts. However, the Court cannot determine definitively from the state court documents provided by Respondents what claims Mr. Welch presented to the state trial and appellate courts in his post-conviction proceeding. Applicant alleges in his Reply that he raised issues concerning the validity of his guilty plea to the trial court in his Colo. Crim. P. Rule 35(a) motion to correct an illegal sentence. Reply at 4. It is unclear from the data access record for Adams County District Court Case No. 04CR3692 whether that motion was the subject of Mr. Welch's appeal or if the post-conviction appeal was based on a different Rule 35 motion. *See* Pre-Answer Resp. Ex. A at 6-8. Further, Respondents have failed to submit a copy of the applicant's opening brief to the Colorado Court of Appeals in Case No. 09CA0436, *People v. Welch*. Therefore, Respondents will be directed to file a supplement to the Pre-Answer Response and to provide the requested documentation as discussed in this order. Accordingly, it is

ORDERED that **on or before May 4, 2011**, Respondents shall file a supplement to the pre-answer response that complies with this order.

DATED April 21, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00548-BNB

Daniel Welch
Prisoner No. 129549
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Ryan Alan Crane
Colorado Attorney General's Office
***DELIVERED ELECTRONICALLY***

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals on April 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk